**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**John Edward JONES, Jr., a/k/a Liddy,**
**Defendant—Appellant.**

**No. 08-8151.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 1, 2009.

John Edward Jones, Jr., Appellant Pro Se. Andrea L. Smith, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

216

PER CURIAM:

John Edward Jones, Jr., appeals the district court's order denying his motion to amend his criminal judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 1:98–cr–00048–WMN–1 (D.Md. Aug. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*